UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
____

OMAR KHATTIM ALI,

        Plaintiff,

v.

RESSIE STRANLAY et al.,

        Defendants.
_____/

Case No. 2:20-cv-3

Honorable Paul L. Maloney

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** because it is frivolous, pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated: April 21, 2020

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge